UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY JERNAGIN,
SR.,

        Plaintiff,

v.

FAMILY DOLLAR
STORES OF MICHIGAN,
L.L.C., and GREENBLATT
MANAGEMENT, L.P.,

        Defendants.

_____/

Case No. 2:21-cv-10645
District Judge Paul D. Borman
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANT FAMILY DOLLAR STORE OF MICHIGAN'S NOVEMBER 5, 2021 MOTION (ECF No. 14)

Currently before this Court is Defendant Family Dollar Stores of Michigan's November 5, 2021 motion for an order to show cause why Plaintiff's medical providers should not be held in contempt for failing to comply with subpoena and/or compelling record production.  (ECF No. 14.)  Upon consideration, St. Joseph Mercy and the Social Security Administration **SHALL** either:  **(1)** produce the subpoenaed records no later than **Friday, November 26, 2021**; or, **(2)** appear in person via counsel on **Tuesday, November 30, 2021** at **3:00 p.m.** to show cause why each should not be held in contempt of Court for failing to comply with the

duly executed subpoena and accompanying materials necessary for the release of these records.

The parties are to be served with this order by electronic means. However, because the aforementioned medical providers are non-parties, the Clerk of the Court is **DIRECTED** to serve St. Joseph Mercy and the Social Security Administration with a copy of this order at the addresses listed in the motion (*i.e.*, Social Security Administration, Custodian of the Records, 1280 Pontiac Road Pontiac, MI 48340 <u>and</u> St. Joseph Mercy Oakland, 44405 Woodward Avenue, H.I.M. Department, Pontiac, MI 48341).

**IT IS SO ORDERED.**

Dated: November 10, 2021

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE